IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:23-CR-00121-AJT-3 |
| | ) | |
| **HADJA MAMET FRANKLIN,** *et al.* | ) | |

## DEFENDANT HADJA MAMET FRANKLIN'S
## MOTION TO CONTINUE TRIAL AND ASSOCIATED DEADLINES

NOW COMES Defendant HADJA MAMET FRANKLIN ("Ms. Franklin"), by counsel, pursuant to 18 U.S.C. § 3161(h), moves this Honorable Court to continue the jury trial set for February 9, 2024, and all associated deadlines. In support of her Motion, Ms. Franklin files a memorandum in support simultaneously herewith. The Government advises that it takes no position on the Motion for Continuance.

Date: January 11, 2024

Respectfully submitted,

*/s/ Terry C. Frank*
Terry C. Frank, Esq. (VSB No. 74890)
Terry Frank Law
6722 Patterson Avenue, Ste. B
Richmond, Virginia 23226
P: (804) 899-8089
F: (804) 899-8229
terry@terryfranklaw.com

*/s/ Murdoch Walker II*
Murdoch Walker II, Esq.
(GA Bar No. 163417)
mwalker@lowtherwalker.com

*/s/ Serguel Mawuko Akiti*
Serguel Mawuko Akiti, Esq.
(DC Bar No. 1631134)
sakiti@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
(T): (404)-496-4052
*Proposed Counsel for for*
*Hadja Mamet Franklin*

**CERTIFICATE OF SERVICE**

I certify that on January 11, 2024, a true copy of the foregoing is being filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

Todd S. Baldwin, Esq.
Law Offices of Todd S. Baldwin
503 D Street, NW
Suite 120
Washington, DC 20001
(703) 599-4449
toddcubfan@aol.com
*Current Counsel for*
*Defendant Hadja Franklin*

Gavin R. Tisdale, Esq.
DOJ-USAO
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 838-2625
gavin.tisdale@usdoj.gov
*Counsel for the United States*

Chong C. Park, Esq.
Law Office of Chong C. Park, Esq., PLLC
722 E. Market Street Suite 102, #V65
Leesburg, VA 20176
P: (571) 247-3219
park@cplegalcounsel.com
*Counsel for*
*Defendant Tanziludin Bangurah*

Philip Alito, Esq.
DOJ-USAO
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
philip.alito@usdoj.gov
*Counsel for the United States*

Paul P. Vangellow, Esq.
6109A Arlington Blvd.
Falls Church, VA 22044
(703) 241-0506
pvangellow@gmail.com
*Counsel for*
*Defendant Nabyunissa Bangoura*

Respectfully submitted,

 /s/ Terry C. Frank

Terry C. Frank, Esq. (VSB No. 74890)
TERRY FRANK LAW
6722 Patterson Avenue, Ste. B
Richmond, Virginia 23226
P: (804) 899-8089
F: (804) 899-8229
terry@terryfranklaw.com
*Proposed Local Counsel for Defendant*