IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:23-CR-00121-AJT-3 |
| | ) | |
| HADJA MAMET FRANKLIN, *et al.* | ) | |

**DEFENDANT HADJA MAMET FRANKLIN'S MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE JURY TRIAL AND ASSOCIATED DEADLINES**

NOW COMES Defendant HADJA MAMET FRANKLIN ("Ms. Franklin"), by counsel and pursuant to 18 U.S.C. § 3161(h), in support of her Motion to Continue Jury Trial and Associated Deadlines filed simultaneously herewith, state as follows:

**I.  Relevant Procedural History**

On April 7, 2023, the Government filed a Complaint against Ms. Franklin, accusing her of consipiracy to distribute forty (40) grams of fentanyl, in violation of 21 U. S. C §§ 841(a)(1) and 846. (Compl., ECF. No. 1). On July 13, 2024, a federal grand jury in this district returned a one-count indictment, charging Mr. Franklin with the same conduct. (Indict., ECF No. 39.).

Following her arraignment on August 8, 2023, the Court set the case for trial on November 6, 2023. (ECF No. 45). On October 20, 2023, this Court issued a scheduling order setting trial for January 16, 2024 (Ord. ECF No. 67). Ms. Franklin moved for a continuance for medical reasons on December 8, 2023 (ECF No. 72), which the Court granted, setting trial for February 6, 2024. (ECF No. 74). On January 9, 2024, Ms. Franklin retained undersigned attorneys, Messrs. Serquel Mawuko Akiti, Esq. and Murdoch Walker II, Esq., who immediately filed their motions for admission *pro hac vice* on January 10, 2024 through local counsel, Ms. Terry C. Frank. (Mots., ECF Nos 85, 86; Not. Appear, ECF No. 83; Mot. Sub.

Counsel, ECF No. 84.) The Court continued the trial date to February 9, 2024 by Order dated January 10, 2024. (ECF No. 80).

## II. Factual Assertions

Ms. Franklin retained undersigned counsel on January 9, 2024, who immediately initiated conversations with the Government regarding transfer of discovery, possible resolution, and the instant continuance request.

Undersigned counselors, Mssrs. Walker and Akiti, are scheduled to stand in the Eastern District of Oklahoma for trial beginning March 4, 2024. *United States of America v. Lawrence Fourkiller* (E.D. Okla., June 14, 2023). Trial in *US v. Fourkiller* was scheduled on October 19, 2023 (*Id.* Ord., ECF No. 45.) – two months before the rescheduling of Ms. Franklin's trial. Given the proximity of the two trials and the filing deadlines in the days and weeks leading up to the trial in *US v. Fourkiller*, undersigned counsel does not have sufficient time to prepare and present a defense for trial in the instant case and in Mr. Fourkiller's case.

Furthermore, undersigned counsel is confident that with more time to pursue initiatives with the Government in this matter, and with additional time to prepare with Ms. Franklin that the parties may ideally strategize to bring forth a sufficient pretrial resolution. Undersigned counsel wishes to ensure that Ms. Franklin receives adequate time to spent with her new attorneys preparing for her trial, or, hopefully, negotiating a pretrial resolution now that she has new counsel of her choosing.

## III. Memorandum of Law and Argument

The Speedy Trial Act, 18 U.S.C. § 3161(h), excludes from the computation time in which a trial must commence "[a]ny period of delay resulting from a continuance … at the request of the defendant …, if the judge granted such continuance on the basis … that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). A court, in its determination

whether to grant a continuance and exclude any resulting period of delay from the Act's computation of time, must consider, inter alia, whether its denial of the continuance will result in a "miscarriage of justice" (18 U.S.C. § 3161(h)(7)(B) (i)) or denying a party "the exercise of due diligence" (18 U.S.C. § 3161(h)(7)(B)(iv)).

Furthermore, "in all criminal prosecutions, the accused shall enjoy the right . . . to have the assistance of counsel for his defense." U.S. Const. amend. VI. Where the right to be assisted by counsel *of one's choice* is wrongly denied, a Sixth Amendment violation occurs. *United States v. Gonzalez-Lopez*, 548 U.S. 140, 144-45 (2006). Such a denial is considered a "structural defect" – a constitutional error that affects the framework of the trial. *Id.* (citing *Arizona v. Filminate*, 499 U.S. 279, 282 (1991).

Ms Franklin explicitly waives her right to a speedy trial and respectfully submits that good cause exists for this Court to continue the trial such that counsel *of her choosing* can be present for representation. Ms. Frankling would submit that to deny this motion would, in reality, be akin to wrongfully denying Ms. Franklin the right to counsel of her choosing such that would cause a constitutional error, the only way to avoid such an error would be to grant the motion to continue and to permit Messrs. Akiti and Walker sufficient time to prepare for trial.

This request is not intended for dilatory delay, but is sough in truth and fact because of a desire for adequate represenatation, necessary time to prepare, and an attorney conflict. Ms. Franklin respectfully submits that a minimum continuance of ninety (90) days will be necessary to hopefully resolve this matter or prepare for trial.

### III. Opposing Party's Position

The Government advises that it takes no position on the Motion for Continuance.

**IV.     Conclusion**

   Ms. Franklin, based on the foregoing assertions and argument, prays that this Court continue the calendar call, jury trial, and deadline to file pretrial motions and other associated deadlines, for a period of not less than ninety (90) days, or such a date as can be agreed upon by the parties and the Court.

   Ms. Franklin respectfully submits, pursuant to 18 U.S.C. § 3161(h)(7)(A), for the reasons stated above, that the ends of justice served by the Court's granting this Motion outweigh the interest of the public and her in a speedy trial. *See Bloate v. United States*, 559 U.S. 196 (2010).

   Ms. Franklin, based on the foregoing assertions and argument, prays that this Court issue an order accordingly. A proposed Order is attached hereto as **Exbibit A**.

Date: January 11, 2024

                                        Respectfully submitted,

*/s/   Terry C. Frank*
Terry C. Frank, Esq.  (VSB No. 74890)
Terry Frank Law
6722 Patterson Avenue, Ste. B
Richmond, Virginia 23226
P: (804) 899-8089
F: (804) 899-8229
terry@terryfranklaw.com

*/s/ Murdoch Walker II*
Murdoch Walker II, Esq.
(GA Bar No. 163417)
mwalker@lowtherwalker.com

*/s/ Serguel Mawuko Akiti*
Serguel Mawuko Akiti, Esq.
(DC Bar No. 1631134)
sakiti@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
(T): (404) 496-4052

**CERTIFICATE OF SERVICE**

        I certify that on January 11, 2024, a true copy of the foregoing is being filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

| | |
|---|---|
| Todd S. Baldwin, Esq.<br>Law Offices of Todd S. Baldwin<br>503 D Street, NW<br>Suite 120<br>Washington, DC 20001<br>(703) 599-4449<br>toddcubfan@aol.com<br>*Current Counsel for*<br>*Defendant Hadja Franklin* | Philip Alito, Esq.<br>DOJ-USAO<br>United States Attorney's Office<br>Eastern District of Virginia<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>(703) 299-3700<br>philip.alito@usdoj.gov<br>*Counsel for the United States* |
| Gavin R. Tisdale, Esq.<br>DOJ-USAO<br>United States Attorney's Office<br>Eastern District of Virginia<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>(703) 838-2625<br>gavin.tisdale@usdoj.gov<br>*Counsel for the United States* | Paul P. Vangellow, Esq.<br>6109A Arlington Blvd.<br>Falls Church, VA 22044<br>(703) 241-0506<br>pvangellow@gmail.com<br>*Counsel for*<br>*Defendant Nabyunissa Bangoura* |
| Chong C. Park, Esq.<br>Law Office of Chong C. Park, Esq., PLLC<br>722 E. Market Street Suite 102, #V65<br>Leesburg, VA 20176<br>P: (571) 247-3219<br>park@cplegalcounsel.com<br>*Counsel for*<br>*Defendant Tanziludin Bangurah* | |

                                          Respectfully submitted,

                                          /s/ Terry C. Frank

                                        Terry C. Frank, Esq. (VSB No. 74890)
                                        TERRY FRANK LAW
                                        6722 Patterson Avenue, Ste. B
                                        Richmond, Virginia 23226
                                        P: (804) 899-8089
                                        F: (804) 899-8229
                                        terry@terryfranklaw.com
                                        *Proposed Local Counsel for Defendant*
                                        *Hadja Franklin*