IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:23-CR-00121-AJT-3 |
| | ) | |
| HADJA MAMET FRANKLIN | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the Hadja Franklin above named, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on the 9th day of June, 2024.

Dated: June 9th, 2024

Respectfully submitted,

/s/ Todd Baldwin
Todd Baldwin, Esq. (VSB No.38198)
503 D St., NW
Suite #120
Washington, D.C. 20001
(703) 599-4449
ToddCubFan@aol.com

*Attorney for Hadja Mamet Franklin*

## CERTIFICATE OF SERVICE

I certify that on June 9th, 2024, I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the United States District Court for the Eastern District of Virginia by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail as follows:

/s/ Todd Baldwin
Todd Baldwin, Esq. (VSB No.38198)
503 D St., NW
Suite #120
Washington, D.C. 20001
(703) 599-4449
ToddCubFan@aol.com